IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOE BEASLEY, *et. al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | 1:11-CV-03801-TCB |
| | ) | |
| CITY OF ATLANTA, | ) | |
| | ) | |
| Defendant. | ) | |

## **PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given pursuant to 28 U.S.C. §1292(a)(1) that Plaintiffs in the aboved-styled case hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the order entered into this action on 4 November 2011 denying Plaintiffs' motion for preliminary injunction and temporary restraining order.

This the 23rd day of November, 2011.

| | |
|---|---|
| /s/ Jeffrey R. Filipovits | /s/Ralph Goldberg |
| Jeffrey R. Filipovits | Ralph Goldberg |
| Georgia Bar No. 825553 | Georgia Bar No. 299475 |
| jrfilipovits@gmail.com | attorneygoldberg@hotmail.com |
| | |
| FILIPOVITS LAW FIRM, P.C. | GOLDBERG & CUVILLIER, P.C. |
| 2900 Chamblee-Tucker Road | 755 Commerce Drive |
| Building 1 | Suite 600 |
| Atlanta, Georgia 30341 | Decatur, Georgia 30030 |
| Phone: 770-455-1350 | Phone: 404-378-7700 |
| Fax: 770-455-1449 | Fax: 404-378-7708 |

## CERTIFICATE OF SERVICE

I, the undersigned counsel for the Plaintiffs in the foregoing matter, hereby certify that I have served a copy of the foregoing **Notice of Appeal** by mailing a copy of the same in the United States Mail with adequate postage thereon to insure delivery addressed to all parties as follows:

>City Attorney Cathy Hampton
>Department of Law
>68 Mitchell Street
>Suite 4100
>Atlanta, Georgia 30303

This 23rd day of November, 2011.

/s/ Jeffrey R. Filipovits
Jeffrey R. Filipovits
Georgia Bar No. 825553
*Attorney for Plaintiffs*

FILIPOVITS LAW FIRM, P.C.
2900 Chamblee-Tucker Road
Building 1
Atlanta, Georgia 30341
Phone: 770-455-1350
Fax: 770-455-1449
jrfilipovits@gmail.com